UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| GREATER ST. LOUIS CONSTRUCTION LABORERS WELFARE FUND, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 4:05-CV-481 CAS |
| SUNRISE CONSTRUCTION, INC., | ) ) | |
| Defendant. | ) | |

**MEMORANDUM AND ORDER**

This closed matter is before the Court on review of the file following transfer to the undersigned on September 25, 2008. On July 7, 2008, plaintiffs filed a Motion For a Creditor's Bill in Equity and to Pierce the Corporate Veil (Doc. 14), which seeks to satisfy the judgment plaintiffs have against defendant Sunrise Construction, Inc. from assets of its alleged alter egos: Diverse Construction Group, LLC, Mark D. Lucido, and Judy Gilliland.

In response to the motion, Judy Gilliland wrote a letter to the Court dated July 20, 2008 on behalf of Diverse Construction Group, LLC (Doc. 17), which responds to the plaintiffs' motion. The Court notes that Ms. Gilliland and Mr. Lucido, as individuals, have not responded to plaintiffs' motion and the time to do so has long passed.

The letter is an attempt by Diverse Construction Group, LLC, a corporate entity, to proceed without the benefit of licensed counsel. Pursuant to 28 U.S.C. § 1654, "parties may plead and conduct their own cases personally or by counsel." A lay person, however, cannot represent a corporation; a corporation must be represented in federal court by a licensed attorney. Rowland v. California Men's Colony, Unit II Men's Advisory Council, 516 U.S. 194, 202-03 (1993); Ackra

Direct Mktg. Corp. v. Fingerhut Corp., 86 F.3d 852, 857 (8th Cir. 1996); United States v. Van Stelton, 988 F.2d 70, 70 (8th Cir. 1993) (per curiam). Ms. Gilliland may not, therefore, act on behalf of or otherwise represent Diverse Construction Group, LLC in this action.

Accordingly,

**IT IS HEREBY ORDERED** that, on the Court's own motion, Diverse Construction Group, LLC is granted until **October 20, 2008** to file a response, by licensed counsel, to the plaintiffs' Motion For a Creditor's Bill in Equity and to Pierce the Corporate Veil.

**IT IS FURTHER ORDERED** that in the event no such response is timely filed in accordance with this memorandum and order, the Court will grant plaintiffs' motion without further notice.

*[signature]*

**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this  29th  day of September, 2008.